IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

J. L. BUTLER, JR., )
)
        Petitioner, )
)
v. )    CIVIL ACTION NO. 03-BE-0851-NE
)
SHERIFF BLAKE DORNING and )
THE ATTORNEY GENERAL OF )
THE STATE OF ALABAMA, )
)
        Respondents. )

**ENTERED**

AUG 17 2004

## MEMORANDUM OF OPINION

    The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's

Report and Recommendation is due to be adopted and approved. The court hereby adopts and

approves the findings and recommendation of the magistrate judge as the findings and conclusions

of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be

denied and dismissed with prejudice. An appropriate order will be entered.

    **DONE**, this _16th_ day of August, 2004.

KARON O. BOWDRE
UNITED STATES DISTRICT JUDGE

30